# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRIC PLASNYER,<br><br>                Petitioner,<br>v.<br><br>DIRECTOR DZURENDA, et al.,<br><br>                Respondents. | Case No. 2:23-cv-01539-GMN-VCF<br><br>**ORDER** |

      Petitioner Bric Plasnyer, proceeding *pro se*, has attempted to commence a purported habeas corpus action. (ECF No. 1-1.) Plasnyer has filed an incomplete application to proceed *in forma pauperis* ("IFP"), submitted a one-page letter, and paid his filing fee. (ECF Nos. 1, 1-1, 3.) Because Playsner has paid his filing fee, his IFP application is moot. However, because Playsner has not submitted a habeas petition, he has not properly commenced this federal habeas matter. Playsner must file a federal habeas petition on the Court's 28 U.S.C. § 2254 habeas corpus form on or before November 17, 2023.

      It is therefore ordered that the motion for leave to proceed IFP **[ECF No. 1] is denied** as incomplete and moot.

      It is further ordered that the Clerk of Court send Plasnyer one blank copy of the form petition for a writ of habeas corpus under 28 U.S.C. § 2254 along with instructions.

It is further ordered that Plasnyer must file a federal habeas corpus petition on the Court's form on or before November 17, 2023,[1] and place the case number, 2:23-cv-01539-GMN-VCF, in the designated space.

It is further ordered that Plasnyer's failure to comply with this Order will result in the dismissal of this action without prejudice and without further advance notice.

Dated:   October 3, 2023

_____
Gloria M. Navarro, Judge
United States District Court

---

[1] Plasnyer remains responsible at all times for calculating the applicable statute of limitations. By ordering Plasnyer to file a petition by November 17, 2023, the Court makes no finding or representation that the petition will be considered timely.